**THE JARDINES LAW FIRM, LLC**
**E. ALEXANDER JARDINES, ESQ.**
6809 Bergenline Avenue, Suite 2
Guttenberg, New Jersey 07093
(201) 868-1008 FAX (201) 868-2009
*Attorney for Defendant(s):* **Dennis Wright**

| | |
|---|---|
| | : **UNITED STATES DISTRICT COURT** |
| | :    **DISTRICT OF NEW JERSEY** |
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **Vs.** | :     Crim No.: 2:01-cr-00538-JLL |
| | : |
| **DENNIS WRIGHT** | :     **HON. JOSE L. LINARES, USDJ** |
| | : |
| | : |

**CONSENT ORDER CHANGING THE**
**CONDITIONS OF SUPERVISED**
**RELEASE**

      **THIS MATTER** having been brought before the Court on application of Dennis Wright (E. Alexander Jardines, Esq., appearing), Paul Fishman, United States Attorney (Andrew Pak, AUSA, appearing), and Joseph F. Emporio, United States Probation for a consent order granting the following;

      **IT IS** on this   *11th*   day of January 2012,

      **ORDERED** that Defendant, Dennis Wright have his electronic monitoring device removed;

      **ORDERED** that all original imposed conditions of release remain in effect.

                                                                 
                                                     **HON. Jose L. Linares, USDJ**

Form and entry Consented to:

E. Alexander Jardines, Esq.
Attorney for the Defendant

Andrew Pak
Assistant U.S. Attorney

Joseph A. Empirio    1/10/12
United States Probation Officer